

**Date:** **10/1/2015 5:22:00 PM**
**To:** **The Honorable Robert J. Conrad**
**Chief U.S. District Court Judge**

**From:** Valerie G. Debnam
United States Probation Officer

**Subject:** **Boyce Richard Griffin**
**Out-of-Country Travel Request**

---

Mr. Griffin appeared before the Honorable United States District Judge Ursula Ungaro in the Southern District of Florida on 10/14/2011, for Conspiracy to Impede or Impair the Internal Revenue Service. Griffin was sentenced to thirty-three (33) months imprisonment followed by three (3) years supervised release. Supervised release began on January 6, 2015, in the Southern District of Florida. On May 12, 2015, jurisdiction was transferred from the Southern District of Florida to the Western District of North Carolina.

Mr. Griffin has submitted a request to travel to Panama City, Republic of Panama, for the purpose of closing a personal residence and shipping personal possessions by container to the Port of Miami. Mr. Griffin plans to leave on October 19, 2015, and return on October 25, 2015. He will be staying at El Panama Hotel, La Cresta, Panama City.

Mr. Griffin seems to be anxious about his travel needs and was the same about obtaining his passport. He advised our office that he needed his passport for tax purposes.  Now recently he advised that he wishes to travel out of the Country.

He is considered retired and has maintained a stable residence in Indian Trail North Carolina.  There have been no known incidents or noncompliance to date.

Our office will remain neutral concerning Mr. Griffin's travel request as long as he remains in compliance with the terms and conditions of supervision. It should be noted that USPO Debnam has a minor reservation due to the manner of his measures to obtain his passport.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704)-350-6656.

(x  ) Permission to Travel Approved

(  ) Permission to Travel Denied

(  ) Other

Signed: October 2, 2015

Robert J. Conrad, Jr.
United States District Judge