UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00141-RJC

| | | |
|---|---|---|
| **USA** | ) | |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| **BOYCE RICHARD GRIFFIN** | ) | |

**THIS MATTER** is before the Court upon a motion of the defendant for early termination of his supervised release, (Doc. No. 5), to which the government has not objected.

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. The defendant was sentenced to a three year term of supervised release which began on or about January 6, 2015. (Doc. No. 2: Order). According to the United States Probation Officer responsible for the defendant's supervision, the defendant served his time in custody without incident, has complied with conditions of release, and has paid his restitution obligation in full. In the motion, the defendant expresses remorse for his past conduct. Therefore, the Court finds good cause to terminate supervised release early.

**IT IS, THEREFORE, ORDERED** that the motion, (Doc. No. 5), is **GRANTED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 15, 2016

Robert J. Conrad, Jr.
United States District Judge